UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SHERON TISDALE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-1139-LRH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARK COUNTY, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as Counsel (#20) filed by Plaintiff's counsel.

The Court having reviewed the Motion (#20) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (#20) is scheduled for March 26, 2012, at 11:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff, Sheron Tisdale, must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Plaintiff's counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on the Plaintiff, Sheron Tisdale. Proof of compliance with this service requirement

. . . .

1  must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the
2  service requirement.
3      DATED this __7$^h$__ day of March, 2012.

6  _____
   ROBERT J. JOHNSTON
7  United States Magistrate Judge

- 2 -