UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| SHERON O. TISDALE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-1139-MMD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARK COUNTY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 10, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __26th__ day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge