UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERON O. TISDALE,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK COUNTY,<br><br>        Defendants. | Case No. 2:11-cv-01139-MMD-NJK<br><br>ORDER |

Plaintiff seeks an extension of time for her to respond to Defendant's Motion for Summary Judgment. Plaintiff's request for an extension of time until January 29, 2013, to respond to Defendant's Motion for Summary Judgment is granted. However, the Court will not entertain another request to extend this deadline.

IT IS THEREFORE ORDERED that Plaintiff's amended motion for extension (dkt. no. 56) is GRANTED. Plaintiff's motion for extension (dkt. no. 55) is DENIED AS MOOT.

DATED THIS 18th day of January 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE